# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Chester Lilley**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-cv-00192-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Craig Dancy, Wilkesboro Police | ) | |
| Department, Andrew Warren, | ) | |
| FNU Matthew**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2016 Order.

October 21, 2016

*Frank G. John*

Frank G. Johns, Clerk
United States District Court